**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

SHADOW PARSLEY,                                   :    Case No. 1:25-cv-208

      Plaintiff,                                 :

vs.                                               :    District Judge Douglas R. Cole

                                                 :    Magistrate Judge Caroline H. Gentry

WARDEN OF SOUTHERN OHIO                            :

CORRECTIONAL FACILITY, *et al*.                   :

      Defendant(s).                              :

---

### REPORT AND RECOMMENDATION

---

The undersigned Magistrate Judge has screened the *pro se* Complaint in this case and permitted Plaintiff Parsley to proceed forward with one of his claims against one of the named defendants. (*See* Order and Report and Recommendation, Doc. No. 16.) Plaintiff has not, however, provided the service documents necessary to serve that defendant despite repeated instructions to do so. As a result, the case cannot proceed further. The undersigned therefore **RECOMMENDS** that the Court **DISMISS** the case because Plaintiff has failed to prosecute it.

The Court has ordered Plaintiff to submit service documents four times. (*See* Deficiency Order, Doc. No. 6 at PageID 20; Second Deficiency Order, Doc. No. 8 at PageID 31; Order Granting Request for Extension of Time, Doc. No. 15 at PageID 57; Order and Report and Recommendation, Doc. No. 16 at PageID 66.) In the last of these orders, the undersigned articulated the requirement plainly:

> Plaintiff is **ORDERED** to provide a completed summons form, a completed U.S. Marshal form, and a service copy of the Complaint <u>for Defendant Joseph</u>. Plaintiff must submit these documents **within thirty (30) days** of the date of this Order. The Clerk of Court is **DIRECTED** to send Plaintiff a blank copy of the summons form and U.S. Marshal form for his use.

(Doc. No. 16 at PageID 66 [emphasis in original].) The documents were due—according to the latest order—on May 28, 2026. To date, they have not been filed. The undersigned previously warned Plaintiff that his failure to comply with the Court's orders would or may lead to the Court dismissing his case. (*See, e.g.*, Doc. No. 15 at PageID 57 ["**If Plaintiff fails to comply with this Order, the undersigned shall recommend that the District Judge dismiss this case for want of prosecution**."].)

Rule 41(b) of the Federal Rules of Civil Procedure "permits the court to involuntarily dismiss an action if a plaintiff fails to prosecute his case or to comply with a court order." *Rogers v. City of Warren*, 302 F. App'x 371, 375 & n.4 (6th Cir. 2008). "District courts also have the inherent power to *sua sponte* dismiss civil actions for want of prosecution [in order to] to manage their own affairs [and] achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962). Here, Plaintiff's failure to comply with the Court's orders to provide the required service documents warrants dismissal because the case cannot proceed without the service documents required for service of process.

The undersigned Magistrate Judge therefore **RECOMMENDS** that the Court **DISMISS** this case **without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b). The undersigned further **RECOMMENDS** that the Court **CERTIFY** that an appeal of any

2

order adopting this Report and Recommendation would not be taken in good faith and on that basis **DENY** Plaintiff leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

Plaintiff may file objections to these recommendations as outlined in the section below. He is **REMINDED** that he must keep this Court informed of his current address while this case is pending and promptly file a Notice of New Address if he is released or transferred.

**IT IS SO RECOMMENDED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge

**DEADLINE TO FILE OBJECTIONS**

In accordance with Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may file and serve specific written objections to this Report and Recommendation ("R&R") **within fourteen (14) days** after being served with a copy. A party may respond to another party's objections **within fourteen (14) days** after being served with a copy. If necessary, the objecting party must promptly arrange for transcribing the record, or whatever portions of it to which the parties agree or the Magistrate Judge considers sufficient. If proper objections are timely filed, then the District Judge will conduct a de novo review of the challenged portion(s) of the R&R. Failure to file timely objections may forfeit rights on appeal. *See U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

3